IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

  vs.                                **Criminal Action 2:02-CR-195**
                                        **Judge Graham**
                                        **Magistrate Judge King**

**TROY H. BRADFORD,**

       **Defendant.**

<u>**ORDER**</u>

       Upon notification by the United States Probation Office that a bed is available for defendant Troy Bradford, the United Stats Marshal is **DIRECTED** to transport defendant Troy Bradford to the Alvis House, at which point defendant Bradford will be released upon the conditions previously established on June 25, 2007.  Doc. No. 47.

<u>June 26, 2007</u>                                     <u>*s/Norah McCann King*</u>
                                                     Norah M<sup>c</sup>Cann King
                                           United States Magistrate Judge