PROB 12C
Rev 2/03

# United States District Court

## for

## Southern District of Ohio

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: **Troy H. Bradford** | Case Number: **2:02CR00195** |
| Name of Sentencing Judicial Officer: | **The Honorable James L. Graham**<br>**United States District Court Judge** |
| Date of Original Sentence: | **July 24, 2003** |
| Original Offense: | **Count 6: Possession with the Intent to Distribute More than 50 grams of a Substance Containing a Detectable Amount of Methamphetamine, in violation of Title 21, U.S.C. §841(a)(1) & (b)(1)(B)(viii), a Class B felony** |
| Original Sentence: | **32 months imprisonment which was reduced by Court Order (June 8, 2004) to 29 months imprisonment, four-year term of supervised release, drug testing, $100 special assessment.**<br><br>**On November 9, 2007, Mr. Bradford's term of supervised release was revoked for a period of six months to be followed by a two year term of supervised release under the previous conditions which include: the defendant shall participate in a program of testing and treatment for substance abuse.** |
| Type of Supervision: **Supervised Release** | Date Supervision Commenced: **July 2, 2008** |
| Assistant U.S. Attorney: **Gary Spartis** | Defense Attorney: **To be appointed or retained at a later date** |

## PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue an Order to Appear and Show Cause
[ ]  To grant an exception to revocation without a hearing.

**STANDARD**
**CONDITION #2:**   "The defendant shall report to the probation officer as directed by the probation officer or Court, and shall submit a truthful and complete written report within the first five days of each month."

While Mr. Bradford's case was being investigated for transfer to Akron, Ohio, he failed to report to the U.S. Probation Office on September 18, 2008. Additionally, he failed to be present at a scheduled home visit, and failed to respond to telephone messages left by the supervising officer. Mr. Bradford's request for a transfer to Akron, Ohio was not accepted by the U.S. Probation Office in the Northern District of Ohio.

On October 8, 2008, this officer sent an appointment notice to Mr. Bradford's last known address in Akron, Ohio and requested that he report on October 15, 2008, at 11:00am. Mr. Bradford failed to report as instructed.

PROB 12C
Rev 2/03

2

On October 16, 2008, at approximately 8:00 a.m., Mr. Bradford left a voice mail message stating he would need more time to report because he would be fired from his job at Signature Events. Mr. Bradford revealed that he was living in Akron, and his work was located in Sandusky, Ohio.

On this date, this officer left a message on Mr. Bradford's last known telephone number of (614) 515-7280, requesting that Mr. Bradford report on October 20, 2008, at 11:00 a.m. Mr. Bradford failed to report as instructed.

A final notice was sent to Mr. Bradford's last known address instructing him to report on October 27, 2008. Mr. Bradford failed to report but faxed a letter to this officer stating he could not take any time off due to his employment in Sandusky, Ohio.

| Violation Number | Nature of Noncompliance |
|---|---|
| **STANDARD CONDITION # 7:** | **"You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician."** |

While being supervised by the Northern District of Ohio, Mr. Bradford tested positive for Methamphetamine on September 12, 2008, and September 22, 2008. On September 17, 2008, during a home visit the supervising officer requested that Mr. Bradford provide a urine screen but after twenty minutes, Mr. Bradford was unable to provide a urine screen and the officer determined it to be a stall. Mr. Bradford denies using Methamphetamine.

## U.S. Probation Officer Recommendation:

The term of supervision should be
- [X] Revoked.
- [ ] Extended for years, for a total term of years.
- [ ] Continued based upon the exception to revocation under 18 U.S.C. 3563(e) or 3583(d)
- [ ] The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.
Executed on **November 12, 2008**

by

Approved,

Edward J. Boone
U.S. Probation Officer
Date:

Robert E. Cronin
Supervising U.S. Probation Officer
Date:

THE COURT ORDERS:

- [ ] No Action
- [X] The Court finds that there is probable cause to believe the defendant has violated the conditions of his/her probation/supervised release and orders the Issuance of a Warrant for his/her arrest.
- [ ] The Issuance of an Order to Appear and Show Cause
- [ ] The Court finds the defendant can benefit from continued substance abuse treatment and grants an exception to revocation. The supervision term of the defendant is continued under all original terms and conditions.
- [ ] Other

Signature of Judicial Officer

11-15-08
Date