Commitment to Another District

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | OHIO, EASTERN DIVISION |
|---|---|---|

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>TROY H. BRADFORD | **COMMITMENT TO ANOTHER DISTRICT**<br>5:09MJ1001<br>MAGISTRATE JUDGE BENITA Y. PEARSON |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| NDOH | SDOH | | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment   ☐ Information   ☐ Complaint   X Other (specify)

**charging a violation of**   Conditions of Supervised Release, on a warrant for arrest issued and pending in the

**DISTRICT OF OFFENSE** Southern District of Ohio

**DESCRIPTION OF CHARGES:**

Defendant violated two standard conditions of his supervised release by failing to appear and testing positive for methamphetamine usage.

**CURRENT BOND STATUS:**

☐ Bail fixed at                        and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
X Government moved for detention and defendant detained pending detention hearing in District of Offense
x Other (specify)   Defendant waived detention hearing and reserved right to a detention hearing in SDOH.

| **Representation:** | ☐ Retained Own Counsel | ☐ Federal Defender Organization | X CJA Attorney | ☐ None |
|---|---|---|---|---|

| **Interpreter Required?** | X No | ☐ Yes | Language: |
|---|---|---|---|

**DISTRICT OF SOUTHERN OHIO**

## TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

| 1/14/2009 | s/Benita Y. Pearson |
|---|---|
| Date | United States Judge or Magistrate Judge |

| **RETURN** |
|---|

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

09 JAN 14  AM 11: 51

U.S. DISTRICT COURT
NORTHERN OHIO DISTRICT
AKRON

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 5:09MJ1001 |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | **WAIVER OF DETENTION HEARING** |
|  | ) |  |
| TROY H. BRADFORD, | ) |  |
|  | ) |  |
| Defendant. | ) | Magistrate Judge Benita Y. Pearson |

I, Troy H. Bradford, the above named defendant, accused of having violated the terms and conditions of supervised release as ordered by the Court, in a proceeding pending in the Southern District of Ohio, having been arrested in the Northern District of Ohio, Eastern Division, and taken before Benita Y. Pearson, United States Magistrate Judge for that district, who advised me of the nature of the charge and of my rights, and under advice of counsel, do hereby waive in open court my right to a detention hearing and consent that I be held without bail pursuant to Title 18 U.S.C., Section 3142 (e) and (i), and I reserve the right to a detention hearing in the charging district.

_____
Defendant

_____
Counsel for Defendant

Approved: _____
Benita Y. Pearson
United States Magistrate Judge

Termed

# U.S. District Court
## Northern District of Ohio (Akron)
## CRIMINAL DOCKET FOR CASE #: 5:09-mj-01001-BYP All Defendants
## Internal Use Only

Case title: United States of America v. Bradford

Date Filed: 01/14/2009
Date Terminated: 01/14/2009

Assigned to: Magistrate Judge Benita
Y. Pearson

### Defendant (1)

**Troy H. Bradford**
*TERMINATED: 01/14/2009*

represented by **Lawrence L. Delino, Jr.**
Ste. 1450
One Cascade Plaza
Akron , OH 44308
330-535-9330
Fax: 330-535-9344
Email: ldelinojr@hotmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| Supervised Release Violation | |

**Plaintiff**

**United States of America**                    represented by **Robert J. Becker**
                                                Office of the U.S. Attorney - Akron
                                                208 Federal Bldg.
                                                2 South Main Street
                                                Akron , OH 44308
                                                330-761-0519
                                                Fax: 330-375-5492
                                                Email: robert.becker@usdoj.gov
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/13/2009 | | (Court only) ***Location start (LC) as to Troy H. Bradford. (P,G) (Entered: 01/14/2009) |
| 01/14/2009 | | Arrest (Rule 32.1) of Troy H. Bradford on 1/13/2009. (P,G) (Entered: 01/14/2009) |
| 01/14/2009 | 1 | Rule 32.1 Warrant received from Southern District of Ohio as to Troy H. Bradford. (P,G) (Entered: 01/14/2009) |
| 01/14/2009 | | **Minutes of proceedings** [non-document] before Magistrate Judge Benita Y. Pearson. Initial Appearance in Rule 32.1 Proceedings as to Troy H. Bradford held on 1/14/2009. AUSA Robert Becker for government. Larry Delino present and appointed for defendant. Defendant waives detention and consents to be held without bail and reserves right to a detention hearing in the charging district. Defendant remanded to the custody of the US Marshal. (Court Reporter: ECRO-S. Romito) Time: 15 Minutes (P,G) (Entered: 01/14/2009) |
| 01/14/2009 | 2 | Waiver of Detention Hearing by Troy H. Bradford. (P,G) (Entered: 01/14/2009) |
| 01/14/2009 | | CJA 20 Appointment of Attorney Lawrence L. Delino, Jr. for Troy H. Bradford approved by Magistrate Judge Benita Y. Pearson. (P,G) (Entered: 01/14/2009) |
| 01/14/2009 | 3 | Warrant of Removal/Commitment to Another District to Southern District of Ohio Issued as to Troy H. Bradford. Signed by Magistrate Judge Benita Y. Pearson on 1/14/2009. (P,G) (Entered: 01/14/2009) |
| 01/14/2009 | 4 | CJA 23 Financial Affidavit by Troy H. Bradford. (P,G) (Entered: 01/14/2009) |
| 01/14/2009 | 5 | Memo by Clerk transferring case to Southern District Ohio pursuant to removal proceedings under Rule 32.1 as to Troy H. Bradford. (P,G) (Entered: 01/14/2009) |
| 01/14/2009 | | (Court only) ***Case Terminated as to Troy H. Bradford, ***Terminated defendant Troy H. Bradford, pending deadlines, and motions. (P,G) (Entered: |

| | | 01/14/2009) |