IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

       Plaintiff,

    v.                                        Case No. 2:02-cr-195

Troy Bradford,                                JUDGE GRAHAM

       Defendant.

<u>ORDER OF REFERENCE</u>

The petition for revocation of the defendant's supervised release (Doc. No. 62) is REFERRED to United States Magistrate Judge Terence P. Kemp for the holding of a hearing and the issuance of a report and recommendation.  See 18 U.S.C. §3401(i); *United States v. Waters*, 158 F.3d 933 (6th Cir. 1998).


Date: January 22, 2009                             s\James L. Graham
                                                 JAMES L. GRAHAM
                                                 United States District Judge