UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA

-vs-   Case No. 2:02-cr-195 (1)

TROY L. BRADFORD

COURTROOM MINUTES

| JUDGE: | Terence P. Kemp | DATE AND TIME: | February 3, 2009 9:30 A.M. |
|---|---|---|---|
| DEPUTY CLERK: | Wanda Harrison | COUNSEL FOR GOVT: | Salvador A. Dominguez |
| CT. REPORTER: | Denise Errett - 20 min. | COUNSEL FOR DEFT(S). | Gordon G. Hobson, Jr. |
| INTERPRETER: | | PRETRIAL: PROBATION: | Edward J. Boone |

FINAL SUPERVISED RELEASE REVOCATION HEARING

Defendant does not contest the violations

Argument as to revocation of release

R&R: four (4) months incarceration
     two (2) years supervised release
     w/previously imposed conditions of supervised release

REMAND cont pending adoption of the R&R