IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.                                    Case No. 2:02-cr-195

Troy H. Bradford

ORDER

This matter is before the court on the report and recommendation issued on February 5, 2009, by the magistrate judge in the above case in regard to the petition of the probation officer dated November 12, 2008, for revocation of the defendant's supervised release. The magistrate judge held a hearing on the petition on February 3, 2009, and the parties stipulated the violations outlined in the report. The magistrate judge recommended that the defendant's supervised release be revoked, and that the defendant be sentenced to a term of incarceration of four months, to be followed by a new term of supervised release of two years. Counsel for the parties have orally indicated to the court that they have no objections to the report and recommendation.

Accordingly, the court hereby adopts the report and recommendation (Doc. No. 71). An order will issue revoking the defendant's supervised release and imposing sentence.

Date: February 9, 2009           s/James L. Graham
                                       James L. Graham
                                       United States District Judge