```
              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF OHIO
                    EASTERN DIVISION
```

UNITED STATES OF AMERICA

      VS

Troy Bradford                      CASE NUMBER 2:02-cr-195

<u>ORDER REVOKING SUPERVISED RELEASE AND IMPOSING SENTENCE</u>

     The above defendant having been sentenced in this court on the 24th day of July, 2003 for violation of Title 21 United States Code, Section 841(a)(1) & (b)(1)(B)(viii) at which time the defendant was committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of thirty-two (32) months, which was reduced to twenty-nine (29) months to be followed by a forty-eight (48) month term of Supervised Release; and a Petition for the Revocation of the Supervised Release of said defendant having been filed in this Court on the 18th day of November, 2008 to require defendant to show cause why said supervised release should not be revoked:

     IT IS THEREFORE ORDERED AND ADJUDGED that the order placing the defendant on Supervised Release be and the same is hereby revoked;

     IT IS FURTHER ORDERED by the Court that the defendant herein be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of four (4) months incarceration. The defendant is remanded to the custody of the United States Marshal.

     The Court recommends to the Bureau of Prisons that the defendant be assigned to FCI Elkton.

     IT IS FURTHERED ORDERED by the Court that after defendant is released from imprisonment the defendant shall serve a new term of supervised release for a period of two (2) years under the same conditions previously imposed.

     IT IS FURTHER ORDERED that a certified copy hereof shall serve as a commitment herein.

**JAMES L. GRAHAM, UNITED STATES DISTRICT JUDGE**

**s/James L. Graham**
**UNITED STATES DISTRICT JUDGE**

**February 9, 2009**
**DATED**