PROB 12B
(12/98)

# United States District Court

for

### District of Southern Ohio

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: **Troy H. Bradford**                     Case Number: **2:02CR00195**

Name of Sentencing Judicial Officer:    **The Honorable James L. Graham**
                                        **United States District Court Judge**

Date of Original Sentence:              **July 24, 2003**

Original Offense:                       **Possession With the Intent to Distribute More than 50 Grams of a Substance Containing a Detectable Amount of Methamphetamine, in violation of Title 21 USC §841 (a) (1) and (b) (1) (B) (viii) a Class B felony**

Original Sentence:                      **32 months imprisonment which was reduced by Court order on June 8, 2004 to 29 months imprisonment, a 4 year term of supervised release, drug testing and a $100.00 special assessment.**

                                        **On November 9, 2007, Mr. Bradford's term of supervised release was revoked and he was sentenced to a period of six (6) months imprisonment to be followed by a two (2) year term of supervised release with all of the previous conditions.**

Type of Supervision: **Supervised Release**        Date Supervision Commenced: **May 4, 2009**

## PETITIONING THE COURT

[ ]   To extend the term of supervision for  years, for a total term of  years.
[X]   To modify the conditions of supervision as follows:

"The defendant shall reside with his parents at 24641 Ridge Line Drive, Bedford Heights, Ohio 44146 throughout his term of supervised release unless given advance permission to reside elsewhere by his assigned US Probation Officer."

"The defendant shall participate in an outpatient mental health treatment program as directed by the US Probation Officer."

PROB 12B
(12/98)

2

## CAUSE

Although the offender was sentenced out of the Southern District of Ohio, since being released from U.S. Bureau of Prisons custody, he has been residing in Bedford Heights, Ohio. Consequently, the supervising probation officer has requested a transfer of supervision in this case.

At the request of the US Probation Officer in the Northern District of Ohio, the Court is herein petitioned to modify the offender's conditions as indicated above. Apparently, there are some concerns relative to the stability of the offender's residence. Therefore, the supervising probation officer is requesting a specific condition relative to the offender's future residence.

In addition, because of the offender's history of drug use, the supervising probation officer would like the ability to implement substance abuse treatment should the offender revert to the use of narcotics.

Please find attached an executed Waiver of Hearing acknowledging the offender's willingness to have his conditions of supervision modified as requested.

Respectfully submitted by,

Robert A. Taylor Sr.
Supervising U. S. Probation Officer

Date: **September 24, 2009**

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

September 25, 2009
Date

RAT/sat

PROB 49

# UNITED STATES DISTRICT COURT
## Southern District of Ohio

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel" I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing. I also understand I have the right to contact an attorney prior to signing this waiver.

I hereby knowingly and voluntarily waive my right to consult an attorney before signing this waiver and I knowingly and voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

"The defendant shall reside with his parents at 24641 Ridgeline Drive, Bedford Heights, Ohio 44146 throughout his term of supervised release unless given advance permission to reside elsewhere from his assigned U.S. Probation Officer."

"The defendant shall participate in an outpatient mental health treatment program as directed by the U.S. Probation Officer."

Witness: _____  Signed: _____
U.S. Probation Officer            Probationer or Supervised Releasee

_____
DATE