PROB 12C
Rev 2/03

# United States District Court

## for

## Southern District of Ohio

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Troy H. Bradford**  Case Number: **2:02CR00195**

Name of Sentencing Judicial Officer:  **The Honorable James L. Graham**
**United States District Judge**
**Southern District of Ohio**

Date of Original Sentence:  **July 24, 2003**

Original Offense: **Possession with Intent to Distribute More Than 50 Grams of a Substance Containing a Detectable amount of Methamphetamine, in violation of Title 21 U.S.C.§§841(a)(1) and 841(b)(1)(B)(viii).**

Original Sentence: **32 months imprisonment and a 48- month term of supervised release.**

**July 12, 2007: Modification of conditions to include; 1) the defendant to reside in the Ralph W. Alvis House for a period of up to six months, as a special condition of his term of supervised release.**

**November 9, 2007: Supervised release revoked. Six (6) months incarceration followed by two (2) years supervised release under previous conditions.**

**February 9, 2009: Supervised release revoked. Four (4) months incarceration followed by two (2) years supervised release under previous conditions.**

**September 24, 2009: Modification of conditions to include; 1) the defendant shall reside with his parents at 24641 Ridgeline Drive, Bedford Heights, Ohio 44146**

**throughout his term of supervised release unless given advance permission to reside elsewhere from his assigned U.S. Probation Officer; 2) the defendant shall participate in an outpatient mental health treatment program as directed by the U.S. Probation Officer.**

Type of Supervision: **Supervised Rel** Date Supervision Began: **May 4, 2009**

Assistant U.S. Attorney: **Gary Spartis**  Defense Attorney: **To be appointed or retained later.**

## PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue an Order to Appear and Show Cause
[ ]  To grant an exception to revocation without a hearing.

Violation Number    Nature of Noncompliance

#1    **STANDARD CONDITION NO. 2: "The defendant shall report to the probation officer as directed by the Court or probation officer."**

Mr. Bradford has failed to report to the U.S. Probation Office in the Northern District of Ohio since August 17, 2010, despite being required to report each week.

#2    **MANDATORY CONDITION NO. 2: "The defendant shall not illegally possess a controlled substance."**

Mr. Bradford tested positive for controlled substance use on August 13, and August 17, 2010.

U.S. Probation Officer Recommendation:

The term of supervision should be
    [X]  Revoked.
    [ ]  Extended for years, for a total term of years.
    [ ]  Continued based upon the exception to revocation under 18 USC 3563(e) or 3583(d)
    [ ]  The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 3, 2010**

**Sharita Hill**
U.S. Probation Officer

Approved by

**Robert A. Taylor Sr.**
Supervising U.S. Probation Officer

Date: **November 3, 2010**

THE COURT ORDERS:

[ ] No Action
[X] The Court finds that there is probable cause to believe the defendant has violated the conditions of his/her probation/supervised release and orders the Issuance of a Warrant for his/her arrest.
[ ] The Issuance of an Order to Appear and Show Cause
[ ] The Court finds the defendant can benefit from continued substance abuse treatment and grants an exception to revocation. The supervision term of the defendant is continued under all original terms and conditions.
[ ] Other

Signature of Judicial Officer

11-4-10
Date