```
                   UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION
```

UNITED STATES OF AMERICA

      VS

Troy H. Bradford                  CASE NUMBER 2:02-cr-195

<u>ORDER REVOKING SUPERVISED RELEASE AND IMPOSING SENTENCE</u>

    The above defendant having been sentenced in this court on the 24th day of July, 2003 for violation of Title 21 United States Code, Section 841(a)(1) and 841 (b)(1)(b)(viii), at which time the defendant was committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of Thirty-two (32) months, to be followed by a forty-eight (48) month term of Supervised Release;  and a Petition for the Revocation of the Supervised Release of said defendant having been filed in this Court on the 5th day of November, 2010 to require defendant to show cause why said supervised release should not be revoked:

    NOW, on this 12th day of May, 2011 the defendant being present in Court, with counsel, at the hearing on this matter and showing no cause why the supervised release heretofore imposed herein should not be revoked and the Court being fully advised in the premises, finds that the defendant has violated the conditions of Supervised Release;

    IT IS THEREFORE ORDERED AND ADJUDGED that the order placing the defendant on Supervised Release be and the same is hereby revoked;

    IT IS FURTHER ORDERED by the Court that the defendant herein be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of one (1) day incarceration.  The defendant is remanded to the custody of the United States Marshal.

    IT IS FURTHERED ORDERED by the Court that after defendant is released from imprisonment the defendant shall be terminated from further service of supervised release.

     IT IS FURTHER ORDERED that a certified copy hereof shall serve as a commitment herein.

                                        JAMES L. GRAHAM, UNITED STATES
                                        DISTRICT JUDGE

                                        s/James L. Graham
                                        UNITED STATES DISTRICT JUDGE

                                        May 16, 2011
                                        DATED